472 A.2d 239

Commonwealth v. Smith, Appellant.

Submitted October 14, 1983. Thomas Bowlen, for appellant;

Gerald Solomon, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.